FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 30, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRAVIS HOSTETLER,<br><br>                Plaintiff,<br><br>    v.<br><br>IQ DATA INTERNATIONAL INC.,<br><br>                Defendant. | No. 2:19-cv-00099-SMJ<br><br>**ORDER DISMISSING CASE** |

On July 2, 2019, Plaintiff Travis Hostetler filed a notice of voluntary dismissal, ECF No. 4. Defendant IQ Data International Inc. has served neither an answer nor a summary judgment motion. Consistent with Plaintiff's notice and Federal Rule of Civil Procedure 41(a)(1)(A)(i), **IT IS HEREBY ORDERED**:

1. Plaintiff's Notice of Voluntary Dismissal, **ECF No. 4**, is **ACKNOWLEDGED**.

2. All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

3. All pending motions are **DENIED AS MOOT**.

4. All hearings and other deadlines are **STRICKEN**.

5. The Clerk's Office is directed to **CLOSE** this file.

ORDER DISMISSING CASE **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 30th day of September 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE **-** 2